**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:        01-10-00296-CV

Style:        Latrice Williams

        **v** Dana Lee

Date motion filed[*]:        March 19, 2013

Type of motion:        Appellant's Motion for Sanctions and to Compel 309th Court

Party filing motion:        Appellant

Document to be filed:

> Appellant's motion is DENIED. Any further arguments regarding the accuracy of the appellate record should be included in appellant's brief.

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____ .

Date:  April 26, 2013